[No. 34314-6-III.  Division Three.  April 25, 2017.]

*In the Matter of the Marriage of* TINA LOUISE MEYETTE, *Appellant*, and DAN MICHAEL MEYETTE, *Respondent.*

Appeal from a judgment of the Superior Court for Grant County, No. 12-3-00502-8, Harry E. Ries, J. Pro Tem., entered March 4, 2016. *Affirmed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Fearing, C.J., and Korsmo, J.

[No. 34675-7-III.  Division Three.  April 25, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. PRIMITIVO GARCIA, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 16-8-00231-6, Ruth E. Reukauf, J., entered June 8, 2016. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Fearing, C.J., and Siddoway, J.

[No. 33048-6-III.  Division Three.  April 27, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. JONATHAN M. HAAG, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 14-1-03054-2, Annette S. Plese, J., entered December 11, 2014. *Affirmed* by unpublished opinion per Pennell, J., concurred in by Korsmo and Siddoway, JJ.

[No. 34038-4-III.  Division Three.  April 27, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. MAXWELL DELVON JONES, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 13-1-01269-4, James M. Triplet, J., entered January 7, 2016. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Korsmo and Pennell, JJ.